ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Las Vegas Metropolitan Police Department,
Sheriff Joseph Lombardo, and Officer Brandon Prisbrey

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MANUEL GARCIA, | CASE NO. 2:17-cv-2504-APG-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE FILING OF DISPOSITIVE MOTIONS** |
| vs. | |
| CLARK COUNTY SHERIFF'S OFFICE, JOE LOMBARDO, BRANDON PRISBREY, #9315, SUNRISE MEDICAL HOSPITAL, SUSANNE ROOZENDAAL, | **FIRST REQUEST** |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case thirty (30) days, up to and including Friday, May 1, 2020.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

The parties have agreed to take the depositions of two final witnesses after the discovery cutoff in order to accommodate the witness' schedules. These two depositions are scheduled for and will be completed on or before Wednesday, March 18, 2020. This short extension will allow the parties enough time to obtain the necessary transcripts prior to preparing their dispositive motions.

4821-6839-9542.1

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their dispositive motions by thirty (30) days from the current deadline of April 1, 2020 up to and including May 1, 2020.

| DATED this 11th day of March, 2020. | DATED this 11th day of March 2020. |
|---|---|
| LAW OFFICE OF DAN M. WINDER | LEWIS BRISBOIS BISGAARD SMITH LLP |
| */s/ Dan C. Winder*<br>DAN M. WINDER, ESQ.<br>Nevada Bar No. 1569<br>3507 W. Charleston Blvd.<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff*<br>*Manuel Garcia* | */s/ Robert W. Freeman*<br>ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 03062<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants*<br>*Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, and Officer Brandon Prisbrey* |
| DATED this 11th day of March, 2020.<br><br>CARROLL, KELLY, TROTTER, FRANZEN, McBRIDE<br><br>*/s/ Chelsea R. Hueth*<br>Robert C. McBride, Esq.<br>Nevada Bar No. 7082<br>Chelsea R. Hueth, Esq.<br>Nevada Bar No. 10904<br>8329 W. Sunset Road, Suite 260<br>Las Vegas, Nevada 89113<br>*Attorneys for Defendant*<br>*Suzanne Roozendaal, D.O.* | |

**IT IS SO ORDERED**

**DATED:** March 13, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4821-6839-9542.1    2