DAN M. WINDER, ESQ.
Nevada Bar No. 1569
Law Office of Dan M. Winder P.C.
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*
*Manuel Garcia*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MANUEL GARCIA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CLARK COUNTY SHERIFF'S OFFICE, JOE LOMBARDO, BRANDON PRISBREY, #9315, SUNRISE MEDICAL HOSPITAL, SUSANNE ROOZENDAAL,<br><br>  Defendants. | CASE NO. 2:17-cv-2504-APG-BNW<br><br>**PLAINTIFF'S ATTORNEYS' MOTION TO WITHDRAW FROM CASE**<br>**LR 1A 11-6** |

Dan M. Winder on behalf of himself and The Law Offices of Dan M. Winder hereby moves to withdraw from the representation of the Plaintiff, Manuel Garcia on the grounds that the Plaintiff and his counsel have irreconcilable differences as to how the matter should be handled. Counsel has been informed by the Plaintiff he wishes us to withdraw.

Plaintiff Garcia is being notified of this Motion by service of the Motion and by separate letter explaining the upcoming events and the probable consequences of the withdrawal of Plaintiff's counsel including the likelihood that Plaintiff will not prevail in the absence of representation.

Under these circumstances, Counsel requests this court reopen discovery and give Plaintiff an additional 90 days to retain counsel. This has, in part, been required because Plaintiff has been surprised by the testimony of Brandon Prisbrey that he was not the officer who interfered the medical treatment of Plaintiff at Sunrise Hospital even though he was the arresting and booking officer and completed the arrest report concerning the matter. According to Plaintiff's theory of

the case, the officer at the hospital is the prime defendant who acted to prevent him from getting medical care for his fractured foot.

The upcoming events and deadlines in this matter are:

  03/18/20  Deposition of Plaintiff

  05/01/20  Dispositive Motions (Summary Judgment)

  05/04/20  Joint Pretrial Order (will be extended when dispositive motion filed).

The last known address of the Plaintiff is:

  Manuel Garcia
  #1107857
  High Desert State Prison
  Indian Springs, NV 89070

Respectfully submitted this 12th day of March, 2020.

LAW OFFICE OF DAN M. WINDER

/s/Dan M. Winder
DAN M. WINDER, ESQ.
Nevada Bar No. 1569
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*
*Manuel Garcia*

---

IT IS ORDERED that ECF No. 78 is GRANTED in part and DENIED in part. It is granted to the extent that Mr. Winder will be permitted to withdraw as counsel. However, it is denied to the extent it seeks to reopen discovery.

IT IS FURTHER ORDERED that, before Mr. Winder withdraws, the parties are to meet and confer under LR 16-1(d) about how this case should move forward. Specifically, the parties must discuss reopening discovery, delaying the case for 90 days, and Plaintiff's deposition on 3/18/2020. The parties must file a joint status report by 3/20/2020 regarding these issues.

IT IS SO ORDERED
DATED: March 13, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

---

### CERTIFICATE OF SERVICE

I certify that on the date stamped hereon by the System, I served the forgoing on the parties of record via the Court's Electronic Case Filing System. I also served a copy of the Motion on the Plaintiff by mailing it to the following address:

  Manuel Garcia
  #1107857
  High Desert State Prison
  Indian Springs, NV 89070

/s/Hamilton D. Moore
An employee of the Law Office of Dan M. Winder P.C.