1

2  **SUBT**
   ROBERT C. McBRIDE, ESQ.
3  Nevada Bar No. 7082
   CHELSEA R. HUETH, ESQ.
4  Nevada Bar No. 10904
   McBRIDE HALL
5  8329 W. Sunset Road, Suite 260
   Las Vegas, Nevada  89113
6  Telephone No. (702) 792-5855
   Facsimile No. (702) 796-5855
7  E-mail:  rcmcbride@mcbridehall.com
   E-mail:  crhueth@mcbridehall.com
8  Attorneys for Defendant,
   *Suzanne Roozendaal, D.O.*
9

10              UNITED STATES DISTRICT COURT

11                   DISTRICT OF NEVADA

12

13  MANUEL GARCIA,                      | **CASE NO.:  2:17-cv-02504-APG-BNW**

14                Plaintiff,

15       vs.                            **SUBSTITUTION OF ATTORNEY**

16  CLARK COUNTY, SHERIFF'S OFFICE, JOE
    LOMBARDO, BRANDON PRISBREY,
17  P#9315, SUNRISE MEDICAL HOSPITAL,
    SUSANNE ROOZENDAAL,
18
                 Defendants.
19

20  _____

21       Defendant, SUZANNE ROOZENDAAL, D.O., hereby substitutes McBRIDE HALL in

22  place and stead of CARROLL, KELLY, TROTTER,

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                1

*Garcia v. Roozendaal*
*Substitution of Attorney*
*Case No. 2:17-cv-02504-APG-BNW*

1   FRANZEN & McBRIDE as attorneys for the Defendant in the above-entitled matter.

2

3   DATED this _____ day of May, 2020.

4

5                                                   SUZANNE ROOZENDAAL, D.O.

*Garcia v. Roozendaal*
*Substitution of Attorney*
*Case No. 2:17-cv-02504-APG-BNW*

1

## CONSENT TO SUBSTITUTION

2  COME NOW, the undersigned attorney for CARROLL, KELLY, TROTTER,

3  FRANZEN & McBRIDE who hereby consent to the above substitution of attorneys for the

4  Defendant in the above-entitled action.

5

6  DATED this _26_ day of _March_ 2020.          CARROLL, KELLY, TROTTER, FRANZEN &

7                                                McBRIDE

8

9

10                                              JOHN C. KELLY, ESQ.

11                                              Nevada Bar No.: 9848
                                                111 West Ocean Boulevard, Suite 1400
12                                              Long Beach, CA 90802
                                                Attorneys for Defendant,
13                                              *Suzanne Roozendaal, D.O.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

*Garcia v. Roozendaal*
*Substitution of Attorney*
*Case No. 2:17-cv-02504-APG-BNW*

1

<u>**ACCEPTANCE OF SUBSTITUTION**</u>

2    I HEREBY CONSENT to the substitution of the law firm McBRIDE HALL, as

3    attorneys for the Defendant in the above-entitled action in the place and stead of CARROLL,

4    KELLY, TROTTER, FRANZEN & McBRIDE.

5

6    DATED this ___ day of April, 2020.          McBRIDE HALL

7

8    _____
     ROBERT C. McBRIDE, ESQ.
9    Nevada Bar No.: 7082
     CHELSEA R. HUETH, ESQ.
10   Nevada Bar No. 10904
     8329 W. Sunset Road, Suite 260
11   Las Vegas, Nevada 89113
     Attorneys for Defendants,
12   *Suzanne Roozendaal, D.O.*

     **IT IS SO ORDERED**
13

14   **DATED: May 28, 2020**

15

16

17   _____

18   **BRENDA WEKSLER**
     **UNITED STATES MAGISTRATE JUDGE**
19

20

21

22

23

24

25

26

27

28

4

*Garcia v. Roozendaal*
*Substitution of Attorney*
*Case No. 2:17-cv-02504-APG-BNW*

1

<u>**CERTIFICATE OF SERVICE**</u>

2   I HEREBY CERTIFY that on the 11th day of May, 2020, I served a true and correct

3   copy of the foregoing **SUBSTITUTION OF ATTORNEY** addressed to the following counsel

4   of record at the following address(es):

5

6   ☐   **VIA ELECTRONIC SERVICE:** By mandatory electronic service (e-service), proof of
        e-service attached to any copy filed with the Court; or
7

8   ☐   **VIA U.S. MAIL:** By placing a true copy thereof enclosed in a sealed envelope with
        postage thereon fully prepaid, addressed as indicated on the service list below in the
9       United States mail at Las Vegas, Nevada

10  ☐   **VIA FACSIMILE:** By causing a true copy thereof to be telecopied to the number
        indicated on the service list below.
11

12

13

14

15  Dan M. Winder, Esq.                  Robert W. Freeman, Esq.
    LAW OFFICE OF DAN M. WINDER          LEWIS BRISBOIS BISGAARD SMITH LLP
16  3507 W. Charleston Blvd.             6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89102              Las Vegas, Nevada 89118
17  Attorneys for Plaintiff              Attorneys for Defendants,
                                         *Las Vegas Metropolitan Police Department,*
18                                       *Sheriff Joseph Lombardo, and Officer*
                                         *Brandon Prisbrey*
19

20

21

22

23

24

25

26  _____
    An Employee of *CARROLL, KELLY, TROTTER,*
27  *FRANZEN & McBRIDE*

28