# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Manuel Garcia,<br><br>              Plaintiff,<br>    v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>              Defendants. | Case No. 2:17-cv-2504-APG-BNW<br><br>**ORDER**<br><br>(ECF No. 98) |

      The plaintiff's motion for more time to respond to the pending motions for summary judgment (ECF No. 98) is denied without prejudice as moot. On June 16, 2020, Magistrate Judge Weksler extended the plaintiff's deadline to August 15, 2020. If the plaintiff needs additional time beyond that, he may file a new motion as that deadline approaches.

      Dated: June 17, 2020.

                                                      ANDREW P. GORDON<br>
                                                    UNITED STATES DISTRICT JUDGE